Reginald C. SWEAT, Plaintiff–Appellant,

v.

Darren REITEN; Josh Tweety; Bruce Miller; Albury Rinnick, Sergeant; Daniel Dubose, Captain; Sandra Kirckland, Sergeant, Official and Individual Capacities, Defendants–Appellees.

No. 11–7094.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2011.

Decided: Dec. 23, 2011.

Reginald C. Sweat, Appellant pro se. Mason Abram Summers, Richardson, Plowden & Robinson, PA, Columbia, South Carolina, for Appellees.

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald C. Sweat appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the dis-

trict court. *Sweat v. Reiten,* No. 9:10–cv–02083–JMC, 2011 WL 3349606 (D.S.C. Aug. 2, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*